UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WARSTEINER IMPORTERS
AGENCY, INC.,

    Plaintiff,

v.          Case No. 8:08-cv-1156-T-24 TGW

REPUBLIC NATIONAL DISTRIBUTING
COMPANY, LLC,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Renewed Motion for Temporary Restraining Order. (Doc. No. 7). Despite the title, it is essentially a motion for reconsideration.

While Defendant's arguments regarding irreparable harm are well-taken, Defendant is merely rearguing the substantial likelihood of success element. Reconsideration, or a renewed motion, is not the proper vehicle for rearguing prior arguments. The Court previously found that Defendant could not show that it was substantially likely that Plaintiff would not succeed in showing that Defendant's sales to Albertson's could be deemed "intentionally and willfully sell[ing] the manufacturer's product to a retailer or retailers located outside of a distributor's territory." Fla. Stat. § 563.022(10)(e).

The Court's opinion remains unchanged at this time, because given that Florida's Beer Franchise Law has generated very little case law, the Court finds that it cannot make a finding regarding substantial likelihood of success based on the materials in front of the Court. Rather, the better course of action is for Defendant to file the motion for preliminary injunction that it has stated is forthcoming, and the Court can analyze the issue after it is fully briefed by *both*

parties.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's Renewed Motion for Temporary Restraining Order (Doc. No. 7) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record